Order entered January 2, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01084-CR

ANDRE DJUNA HUBERT, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 194th Judicial District Court
Dallas County, Texas
Trial Court Cause No. F11-60671-M

## ORDER

We **GRANT** Official Court Reporter Belinda G. Baraka's December 22, 2012 request for an extension of time to file the reporter's record. The reporter's record shall be due on or before **January 31, 2013.**

/s/      LANA MYERS
         JUSTICE